IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



DAWN M. ROUTZAHN : CIVIL ACTION

v. :

MICHAEL J. ASTRUE, :
Commissioner of Social Security : NO. 10-2745

FILED MAY -3 2011 MICHAEL E. KUNZ, Clerk By____ Dep. Clerk

## ORDER

NORMA L. SHAPIRO, J.

AND NOW, this 3rd day of May, 2011, upon consideration of the Plaintiff's Request for Review, and the Defendant's Response, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, there being no objections thereto,

IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART.

3. The matter is remanded for a more complete look at the medical evidence relevant to an RFC evaluation, permitting the parties to be heard on this specific issue.

Norma L. Shapiro, J.